AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br>Schwab, Arthur J. | 2. Court or Organization<br>Dist. Court-Western D. of PA | 3. Date of Report<br>01/25/2002 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge (nominee) | 5. Report Type (check type)<br><br>X  Nomination, Date  01/23/2002<br><br>___ Initial    ___ Annual    ___ Final | 6. Reporting Period<br>01/01/2001<br>to<br>12/31/2001 |
| 7. Chambers or Office Address<br>Buchanan Ingersoll, P.C.<br>One Oxford Centre, 20th Floor<br>Pittsburgh, PA  15219-1410 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Shareholder; Chief Counsel - Complex Litigation | Buchanan Ingersoll Professional Corporation (BIPC) (Law Firm) |
| 2  Part-time Professor (evening course) | Grove City College |
| 3  Trustee (non-compensated) | Grove City College |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1  2002 | BIPC Severance Agreement (no actual agreement yet -- the amount will be a sum certain and will not be based upon the sharing of (cntd Part 8) |
| 2  2002 | BIPC Pension Plan and Profit Sharing Plan (no control) |
| 3  08/07/01 | Grove City College - Part-time Professor - evening course - intellectual property law (compensation will be within the applicable judicial (cntd Part 8) |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse: see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2001 | BIPC compensation | $789,380 |
| 2  2000 | BIPC compensation | $967,266 |
| 3 | | |
| 4 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schwab, Arthur J. | 01/25/2002 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE | (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 ROLLOVER IRA No. 1: | D | Dividend/ Int | O | T | EXEMPT | | | | |
| 2 -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | EXEMPT | | | | |
| 3 -Blackrock Fund Core Bond Total Return | | | | | EXEMPT | | | | |
| 4 -RS Investment Mgmt - Microcap Growth Fund | | | | | EXEMPT | | | | |
| 5 -Fidelity Gov't Money Mkt | | | | | EXEMPT | | | | |
| 6 -Riverfront Capital Fund (A) See VIII | | | | | EXEMPT | | | | |
| 7 ROLLOVER IRA No. 2: | C | Dividend/ Int | M | T | EXEMPT | | | | |
| 8 -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | EXEMPT | | | | |
| 9 -Blackrock Fund Core Bond Total Return | | | | | EXEMPT | | | | |
| 10 -Fidelity Gov't Money Mkt | | | | | EXEMPT | | | | |
| 11 RETIREMENT PLAN No. 1: | D | Dividend/ Int | M | T | EXEMPT | | | | |
| 12 -Armada Equity Index Fund (S&P 500 Index Fund) | | | | | EXEMPT | | | | |
| 13 -Oak Associates Aggressive Growth Fund | | | | | EXEMPT | | | | |
| 14 -Putnam Income Fund (Money Market) | | | | | EXEMPT | | | | |
| 15 CASH BALANCE PENSION FUND | A | Interest | K | T | EXEMPT | | | | |
| 16 IRA No. 3 (spouse) - FIDELITY SPARTAN 500 INDEX FUND | A | Dividend | K | T | EXEMPT | | | | |
| 17 LIFE INSURANCE (CASH VALUE) | D | Interest | M | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 01/25/2002 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  RIVERFRONT CAPITAL FUND (B)  See VIII | | None | K | U | EXEMPT | | | | |
| 19  LAW FIRM CAPITAL ACCOUNT | | None | K | U | EXEMPT | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

54

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting
Schwab, Arthur J.

Date of Report
01/25/2002

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(indicate part of report.)*

PART 2: Parties and Terms re: BIPC Severance, cntd ...profits earned by the Firm after my departure).

PART 2: Parties and Terms re: Grove City, cntd ...guidelines) (started part-time teaching on 01/21/02).

PART 7: Regarding Riverfront Capitol Fund -- I am inclined to invest all IRAs and Retirement Accounts in mutual funds, index funds, or money market funds, except the two existing investments in Riverfront Capital Fund (Limited Partnership with investment in CENTRIA). I have no managerial responsibilities therein -- solely passive investments.

55

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(indicate part of report.)*

PART 2: Parties and Terms re: BIPC Severance, cntd ...profits earned by the Firm after my departure).

PART 2: Parties and Terms re: Grove City, cntd ...guidelines) (started part-time teaching on 01/21/02).

PART 7: Regarding Riverfront Capitol Fund -- I am inclined to invest all IRAs and Retirement Accounts in mutual funds, index funds, or money market funds, except the two existing investments in Riverfront Capital Fund (Limited Partnership with investment in CENTRIA). I have no managerial responsibilities therein -- solely passive investments.

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date 01/25/2002

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH
Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks (est.) (1/25/02) | $ | 13 | 000 | Notes payable to banks-secured (1/25/02) | $ | 117 | 000 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities–add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule (12/31/01) (on personal residence only) | | 275 | 000 |
| Real estate owned-add schedule (12/31/01) (personal residence only) | | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property (est.) | | 460 | 000 | | | | |
| Cash value-life insurance (12/31/01) | | 103 | 000 | | | | |
| Other assets itemize: Law Firm Capital Account (12/31/01 - est.) | | 33 | 000 | | | | |
| Cash Balance Pension Fund (12/31/01 - est.) | | 24 | 000 | | | | |
| Retirement Account - (12/31/01) | | 238 | 000 | | | | |
| Rollover IRAs (12/30/01) | | 821 | 000 | | | | |
| Traditional IRA (12/12/01) | | 23 | 000 | | | | |
| Riverfront Capital (cost) | | 50 | 000 | Total liabilities | | 392 | 000 |
| | | | | Net Worth | 1 | 973 | 000 |
| Total Assets | 2 | 365 | 000 | Total liabilities and net worth | 2 | 365 | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | NO | Are any assets pledged? (Add schedule) | | | NO |